CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8911
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS POWELL,<br><br>    Plaintiff,<br><br> vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-02168-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>(***FIRST REQUEST***) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 45-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by March 22, 2022. This is the Commissioner's first request for an extension of time.

Defendant submits that good cause exists for this extension request. There was a mix-up when the Office of the General Counsel was notified of this case, and the Office of Appellate Operations (which prepares and certifies the certified administrative record) did not receive notice of this case until recently. The undersigned apologizes for this delay, and notes that this is the first time she has seen something like this happen with a case initiation. The undersigned has requested that OAO attempt to complete the CAR within 45 days of the current deadline, which is shorter than the usual amount of time that OAO has to prepare the CAR (60 days).

Accordingly, Defendant requests an extension in which to respond to the Complaint until May 6, 2022. If Defendant is unable to produce the certified administrative record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On March 15, 2022, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including May 6, 2022.

//
//
//
//
//
//
//

Unopposed Mot. for Ext.; No. 2:21-cv-02168-EJY     1

Dated: March 15, 2022

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 15, 2022