UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS WILLARD POWELL JR,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKZI,<br>　Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 2:21-cv-02168-EJY<br><br>**ORDER** |

　　　Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff. ECF No. 23. The parties have stipulated to remand this case for further administrative action and request that the Court enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. *Id.* at 1-2.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff (ECF No. 23) is GRANTED.

　　　IT IS FURTHER ORDERED that Plaintiff's Motion for Reversal and/or Remand (ECF No. 22) is DENIED as moot.

　　　IT IS FURTHER ORDERED that this action is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　　IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff and against Defendant.

　　　IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

　　　Dated this 5th of July, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE